IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHABBIR HASSAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-cv-5720 |
| | ) | Honorable Jorge L. Alonso |
| v. | ) | |
| | ) | |
| MONARCH RECOVERY MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Shabbir Hassan ("Plaintiff") voluntarily dismisses his claims without prejudice and without costs against Defendant Monarch Recovery Management, Inc.

Respectfully submitted,

*s/ Stephen J. Pigozzi*
Tara L. Goodwin
Daniel A. Edelman
**EDELMAN, COMBS, LATTURNER &GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:
courtecl@edcombs.com
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

      I, Stephen J. Pigozzi, hereby certify that on Wednesday, December 29, 2021, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record.

                                                  */s/Stephen J. Pigozzi*
                                                  Stephen J. Pigozzi

Stephen J. Pigozzi
Tara L. Goodwin
Daniel A. Edelman
**EDELMAN, COMBS, LATTURNER**
        **& GOODWIN, LLC**
20 S. Clark Street, Suite1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
E-mail for Service:
courtecl@edcombs.com